IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KEITH JAMES SEXTON,**

    **Plaintiff,**

**v.**                                                   **CASE NO. 5:14-cv-38-RS-GRJ**

**UNITED STATES OF AMERICA, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 15). There are no objections filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), Plaintiff's claims against Defendants Samuels, Holder, and Maldanado are **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted.

3. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), Plaintiff's claims against the United States is **DISMISSED with prejudice** for seeking monetary relief from a defendant who is immune from such relief.

**ORDERED** on June 23, 2014.

                                              **/s/ Richard Smoak**
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**